

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00246-CV

**IN THE INTEREST OF B.A.** and J.A., Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01203
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

It is ORDERED that no costs shall be assessed against appellant, Crystal A., because she is indigent.

SIGNED August 28, 2013.

_____
Luz Elena D. Chapa, Justice